UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22317-CIV-TORRES

ISABEL DIAZ,

        Plaintiff,

vs.

JAGUAR RESTAURANT GROUP, LLC,
EDUARDO DURAZO, JAGMAR, and
MANAGEMENT GROUP, LLC,

        Defendants.
_____/

## VERDICT FORM

1. Do you find from the greater weight of the evidence that Plaintiff, Isabel Diaz, was employed as an employee of any of the following Defendants?

    Answer:

    Jaguar Restaurant Group, LLC    Yes __X__    No ____

    Jagmar Management Group, LLC    Yes __X__    No ____

    [If you answered "No" to both the preceding questions your verdict is for the Defendants and you need not answer the remaining questions. Please sign and date this verdict form. If you answered "Yes" to either question proceed to the next question.]

2. Do you find from the greater weight of the evidence that the Plaintiff, Isabel Diaz, worked more than forty (40) hours in a workweek for which she has not been compensated with the payment of overtime?

    Answer:    Yes __X__

                    No ____

[If you answered "No" to the preceding question your verdict is for the Defendants and you need not answer the remaining questions. Please sign and date this verdict form. If you answered "Yes" proceed to the next question.]

3. Do you find from the greater weight of the evidence that Plaintiff, Isabel Diaz, was exempt from the Fair Labor Standards Act as an administrative employee?

    Answer:   Yes __X__

                No _____

[If you answered "Yes" to the preceding question your verdict is for the Defendants and you need not answer the remaining questions. Please sign and date this verdict form. If you answered "No" proceed to the next question.]

4. Do you find from the greater weight of the evidence that the Defendant(s) identified as employers in Number 1 above willfully disregarded the law or showed reckless disregard for their conduct being prohibited by the Fair Labor Standards Act?

    Answer:   Yes _____

                No _____

[If you answered "Yes" you should determine damages going back three years from the day when Plaintiff filed this case, on August 20, 2008. If you answered "No" you should determine damages only going back two years from the date when Plaintiff filed this case, on August 20, 2008.]

5. Plaintiff, Isabel Diaz, should be awarded overtime pay damages as follows:

    The total amount of overtime owed is $_____

    a. Amount owed by Jaguar Restaurant Group is $_____

    b. Amount owed by Jagmar Management Group is $_____

    c. Amount owed by both Defendants is $_____

SO SAY WE ALL.

_____   _____
             FOREPERSON

Dated: __10/23/09__