UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22317-CIV-TORRES

ISABEL DIAZ,

      Plaintiff,

vs.

JAGUAR RESTAURANT GROUP, LLC,
EDUARDO DURAZO, and JAGMAR
MANAGEMENT GROUP, LLC,

      Defendants.
_____/

## ORDER

This matter is before the Court upon two remaining pending motions in the case that were filed during the course of the trial. Accordingly, and upon review of the entire record and considering the arguments of the parties at trial, it is hereby **ORDERED AND ADJUDGED**:

    1.    Defendants' Motion for Judgment as a Matter of Law [D.E. 49] filed under Fed. R. Civ. P. 50(a) is **DENIED** for the reasons stated by the Court on the record at trial.

    2.    Defendants' Motion to Amend Answer to Conform to the Evidence [D.E. 50] filed under Fed. R. Civ. P. 15(c) is **GRANTED** for the reasons stated by the Court on the record at trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of November, 2009.

                                                    EDWIN G. TORRES
                                                    United States Magistrate Judge