UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ISABEL DIAZ,<br>   Plaintiff. And all others similarly situated under 29 U.S.C. 216(B),<br>   vs.<br>JAGUAR RESTAURANT GROUP, LLC et al.<br>   Defendants | Case No.: 08-22317-CIV-GRAHAM/TORRES<br><br>Consent Case |

**PLAINTIFF'S NOTICE OF 90 DAYS
EXPIRING AND REQUEST FOR TRIAL TO OCCUR BY 2/20/12**

  **COME(S) NOW**, Plaintiff(s), by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and notices the Court as follows:

1. The Defendants' Motion to Dismiss [DE 97] has been pending for over (90) days.

2. Plaintiff requests that this matter be set for a trial to occur by 2/20/12.

          **Respectfully submitted,**

          **K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:_/s/__K. David Kelly_____
K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED TO THE FOLLOWING ON 12/30/11:**

**ALL CM/ECF NOTICE RECIPIENTS**

**NORMAN S. SEGALL, ESQ.**
**SEGALL/GORDICH P.A.**
**801 BRICKELL AVENUE**
**SUITE 900**
**MIAMI, FL 33131**
**FAX: 305-438-7438**

**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**