UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-22317-CIV-GRAHAM/TORRES

**CONSENT CASE**

| | |
|---|---|
| ISABEL DIAZ, and all others similarly situated under 29 U.S.C. 216(B), | ) ) ) |
| Plaintiff. | ) ) |
| vs. | ) ) ) |
| JAGUAR RESTAURANT GROUP, LLC<br>EDUARDO DURAZO<br>JAGMAR MANAGEMENT GROUP, LLC<br>JAGMAR BRANDS, LLC | ) ) ) ) ) ) |
| Defendants | ) |

**NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Comes Now Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's supplemental authority and in support thereof states as follows:

1. On January 13, 2012 the Eleventh Circuit withdrew the decision of *Dionne v. Floormasters Enters.*, 647 F.3d 1109 (11th Cir. 2011) on which Defendants rely upon and entered the following opinion attached hereto as exhibit "A."

2. In footnote number 5 the Eleventh Circuit stated:

> Our decision in this matter addresses a very narrow question: whether an employee who conceded that his claim should be dismissed before trial as moot, when the full amount of back pay was tendered, was a prevailing party entitled to statutory attorney's fees under § 216(b). It should not be construed as authorizing the denial of attorney's fees, requested by an employee, solely because an employer tendered the full amount of back pay owing to an employee, prior to the time a jury has returned its verdict, or the trial court has entered judgment on the merits of the claim.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 -7167

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Supplemental Authority was sent via CM/ECF to Norman S. Segall, Esq., Segall/Gordich P.A., 801 Brickell Avenue, Suite 900, Miami, Florida 33131, Fax: (305) 438-7438, Email: nss@segallgordich.com, Sundeep K. Mullick, Esq., Segall/Gordich P.A., 801 Brickell Avenue, Suite 900, Miami, Florida 33131, Fax: 786-375-5095, Email: skm@segallgordich.com, on this 15th day of  January 15  2012.

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 -7167

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013