UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-22317-CIV-GRAHAM/TORRES

**CONSENT CASE**

| | |
|---|---|
| ISABEL DIAZ, and all others similarly situated under 29 U.S.C. 216(B), | )<br>)<br>) |
| Plaintiff. | ) |
| vs. | )<br>) |
| JAGUAR RESTAURANT GROUP, LLC<br>EDUARDO DURAZO<br>JAGMAR MANAGEMENT GROUP, LLC<br>JAGMAR BRANDS, LLC | )<br>)<br>)<br>)<br>) |
| Defendants | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, Isabel Diaz and Defendants, Jaguar Restaurant Group, LLC, Eduardo Durazo, Jagmar Management Group, LLC, by and through their undersigned counsel, and hereby dismiss the claims of Isabel Diaz with prejudice pursuant to Federal Rule of Civil Procedure 41(a) with each party to bear their own attorneys' fees and costs.

Respectfully Submitted,

Date: 6/18/12

J.H. Zidell, P.A.
Attorneys For Plaintiffs
300-71ST Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar No.: 0037013

Date: 6/18/12

Segall/Gordich P.A
Attorney For Defendants
801 Brickell Avenue, Suite 900
Miami, FL 33131
Tel: (305) 755-4930
Fax: (305) 438-7438

By:_/s/ Norman S. Segall _____
    Norman S. Segall, Esq.
    Florida Bar No.: 158302